# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>  vs.<br><br>JENNA C. RHODES,<br><br>             Defendant. | 3:11-PO-001-JDR<br>2819590/AL13<br><br>**ORDER GRANTING<br>MOTION TO DISMISS**<br><br>(Docket No. 2) |

IT IS HEREBY ORDERED that, pursuant to the Government's Motion filed at Docket 2 in the above captioned matter to dismiss is hereby granted. It is further ordered that the trial by court scheduled for January 13, 2011 at 2:00 PM is hereby vacated.

DATED this 12th day of January, 2011, at Anchorage, Alaska.

                                               /s/ John D. Roberts
                                               JOHN D. ROBERTS
                                               United States Magistrate Judge